UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTONIO SMITH, | Case No. 2:17-cv-02959--GWF |
| Plaintiff, | |
| v. | **ORDER** |
| SMITH'S FOOD AND DRUG CENTERS, INC., | |
| Defendant. | |

This matter is before the Court on Plaintiff's Counsel's Motion to Withdraw (ECF No. 21), filed on April 1, 2019. To date, no party has filed an opposition to this motion and the time for response has now expired. Counsel for Plaintiff, Ryan Kerbow, Esq. and the law firm of Bernstein & Poisson, request leave to withdraw as counsel for Plaintiff. The Court finds that the movants establish good cause for withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Counsel's Motion to Withdraw (ECF No. 21) is **granted**.

**IT IS FURTHERED ORDERED** that the Clerk of the Court shall:

1. Add the last known address of Plaintiff to the civil docket:

   **Antonio Smith**
   **4664 Sandcreek Ave., Apt. C**
   **Las Vegas, Nevada 89103**

2. Serve Plaintiff with a copy of this order at their last known address listed above.

Dated this 17th day of April, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1